BENJAMIN B. WAGNER
United States Attorney
Rosanne L. Rust
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00176-TLN |
| Plaintiff, | 1:15-CR-00242-TLN-SKO |
| v. | |
| BOONE B. KHOONSRIVONG,<br>THONGCHONE VONGDENG,<br>DAISY SYSENGRAT,<br>VUTHIYA TIM,<br>MEGHAN PARADIS,<br>SEQUOIA VALVERDE,<br>AMBER COLLINS,<br>SOMALY SIV, and<br>JAFFREY BROWN, | STIPULATION AND ORDER |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| VUTHIYA TIM,<br>BOONE KHOONSRIVONG, &<br>MEGHAN PARADIS, | |
| Defendants. | |

Defendant BOONE KHOONSRIVONG ("Defendant") and plaintiff United States of America,

by and through their counsel of record, hereby agree and stipulate that Defendant and his counsel of

STIPULATION AND [PROPOSED] ORDER

record will be bound by the two Protective Orders already in place for cases 2:15-cr-00176-TLN and

1:15-cr-00242-TLN-SKO.  The Protective Order for case 2:15-cr-00176-TLN is ECF No. 50.  The

Protective Order for case 1:15-cr-00242-TLN-SKO is ECF No. 12.


Dated:  January 21, 2016                                    Respectfully submitted,

                                                           BENJAMIN B. WAGNER
                                                           United States Attorney


                                              By:   /s/ Rosanne L. Rust
                                                           Rosanne L. Rust
                                                           Assistant United States Attorney


                                              By:   /s/ Matthew Bockmon
                                                           MATTHEW BOCKMON
                                                           Counsel for BOONE KHOONSRIVONG




        IT IS SO FOUND AND ORDERED.

Dated:  January 22, 2016


                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE