PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ANDRÉ M. ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOONE B. KHOONSRIVONG,<br><br>Defendant. | CASE NO. 2:15-cr-00176-TLN<br>1:15-cr-00242-TLN<br><br>**STIPULATION AND ORDER TO VACATE DEFENDANT KHOONSRIVONG'S CURRENT SENTENCING HEARING AND REQUEST A NEW SENTENCING DATE**<br><br>DATE: SEPTEMBER 28, 2017<br>TIME: 9:30AM<br>COURT: HON. TROY L. NUNLEY |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Rosanne L. Rust, and defendant, Boone B. Khoonsrivong, by and through his counsel, Lexi Negin, hereby stipulate as follows:

1. Defendant's current sentencing hearing is set for September 28, 2017 at 9:30 a.m.

2. The parties seek to vacate that hearing date, and move to continue Defendant's judgment and sentencing to October 5, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

3. Defense counsel has requested the following compressed modified schedule for disclosure of the pre-sentence report ("PSR"), and has stated that these dates provide her sufficient time to review the PSR and respond accordingly:

| | |
|---|---|
| Issuance of the Draft PSR | September 14, 2017 |
| Informal objections to the PSR | September 18, 2017 |

| | |
|---|---|
| Issuance of the Final PSR | September 25, 2017 |
| Formal objections to or Motion for Correction of the PSR | September 28, 2017 |
| Sentencing Hearing | October 5, 2017 |

The government does not oppose these requested dates.

4. The parties stipulate that the current date set for judgment and sentencing needs to be vacated, because additional time is needed to give Defendant the opportunity to withdraw his guilty plea to Count Five of Indictment 1:15-cr-00242 only. As discussed in a separate filing, Count Five of Indictment 1:15-cr-00242 contains an inaccurate date for the alleged offense. Consequently, the parties have requested that this Court grant their Joint Motion to Withdraw Defendant's Guilty Plea to Count Five of Indictment 1:15-cr-00242 only, and allow Defendant to then enter a new guilty plea to Count Three of Indictment 1:15-cr-00242 on September 7, 2017. If the Court grants that request, the probation office has indicated it will need additional time to prepare Defendant's PSR before sentencing. The probation office has advised the parties that the above-referenced schedule provides sufficient time to do that.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation for a new sentencing hearing on October 5, 2017, on both Indictments, 2:15-cr-00176 and 1:15-cr-00242.

**IT IS SO STIPULATED**.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: August 30, 2017
By: */s/ Rosanne L. Rust*
ROSANNE L. RUST
Assistant U.S. Attorney

HEATHER WILLIAMS
Federal Defender

Dated: August 30, 2017
By: /s/ Lexi Negin
LEXI NEGIN, Assistant Federal Defender
Attorneys for BOONE B. KHOONSRIVONG

///

///

2

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The judgment and sentencing of Defendant Boone B. Khoonsrivong in this matter is continued to October 5, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 31, 2017

_____
Troy L. Nunley
United States District Judge