| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN. #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | BOONE KHOOSRIVONG |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos. 1:15-cr-242 TLN |
| | ) | 2:15-cr-176 TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | JUDGMENT AND SENTENCING |
| | ) | |
| BOONE KHOONSRIVONG, | ) | Date: October 5, 2017 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Lexi P. Negin, attorneys for Boone Khoonsrivong, that the judgment and sentencing hearing scheduled for October 5, 2017 be continued to November 2, 2017 at 9:30 a.m.

The revised PSR Schedule is as follows:

Draft Presentence Report:     October 5, 2017

Written Objections:           October 12, 2017

Presentence Report:           October 19, 2017

Formal Objections:            October 26, 2017

Stipulation to Continue                        -1-

This continuance is necessary for defense counsel to further investigate a potential immigration issue. Probation Officer, Lynda Moore, is aware of this stipulation and has no objection.

DATED: September 26, 2017    HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Lexi P. Negin*
                             LEXI P. NEGIN
                             Assistant Federal Defender
                             Attorney for BOONE KHOOSRIVONG

DATED: September 26, 2017    PHILLIP A. TALBERT
                             United States Attorney

                             */s/ Rosanne Rust*
                             ROSANNE RUST
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order. The Court orders the October 5, 2017 judgment and sentencing be continued to |
| 5 | November 2, 2017, at 9:30 a.m. |

Dated: September 26, 2017

_____
Troy L. Nunley
United States District Judge