DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
BOONE KHOONSRIVONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BOONE KHOONSRIVONG,

    Defendant.

No. 2:15-CR-00176 TLN,
    1:15-CR-00242 TLN

STIPULATION AND ORDER FOR SCHEDULING OF A STATUS CONFERENCE FOR DECEMBER 14, 2017, AT 9:30 A.M.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On March 16, 2017, the defendant entered a guilty plea pursuant to written plea agreement (doc. 128). Mr. Khoonsrivong was represented by the Federal Defender's Office at that time.

2. On October 17, 2017, the Court granted the Federal Defender's motion to

withdraw as counsel (doc. 256).

    3.    On October 18, 2017, the Court signed an order appointing David Fischer to represent the defendant, vacated the current dates for the PSR and sentencing, and directed the parties to propose a new dates by stipulation (doc. 259).

    4.    Defense counsel still needs additional time to review this case, and the parties are requesting that this case be placed on calendar on **December 14, 2017, at 9:30 a.m. for a status conference.**

IT IS SO STIPULATED.

Dated: November 28, 2017      U.S. ATTORNEY

by: /s/ David D. Fischer for
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: November 28, 2017      /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
BOONE KHOONSRIVONG

# **O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of November, 2017.

Troy L. Nunley
United States District Judge