McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
ANDRÉ M. ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOONE KHOONSRIVONG,<br><br>Defendant. | CASE NOS. 2:15-CR-00176-TLN<br>1:15-CR-00242-TLN<br><br>STIPULATION AND ORDER FOR SCHEDULING OF A STATUS CONFERENCE FOR JANUARY 18, 2018<br><br>DATE: January 11, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 11, 2018.

2. On March 16, 2017, the defendant entered a guilty plea pursuant to written plea agreement (ECF No. 128). Mr. Khoonsrivong was represented by the Federal Defender's Office at that time.

3. On October 17, 2017, the Court granted the Federal Defender's motion to withdraw as counsel (ECF No. 256).

4. On October 18, 2017, the Court signed an order appointing David Fischer to represent the defendant, vacated the current dates for the PSR and sentencing, and directed the parties to propose a

new dates by stipulation (ECF No. 259).

    5.    Defense counsel has stated that he still requires additional time to review this case and to decide how next to proceed. Consequently, the parties are requesting that this case be placed on calendar on **January 18, 2018**, at **9:30 a.m.** for a status conference.

IT IS SO STIPULATED.

Dated: January 9, 2018                         McGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ ROSANNE L. RUST
                                                   ROSANNE L. RUST
                                                   Assistant United States Attorney

Dated: January 9, 2018                         /s/ David Fischer
                                                   DAVID FISCHER
                                                   Counsel for Defendant
                                                   BOONE KHOONSRIVONG

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of January, 2018.

                                                   Troy L. Nunley
                                                   United States District Judge