1  MCGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   ANDRÉ M. ESPINOSA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00176-TLN |
| --- | --- |
| Plaintiff, | 1:15-CR-00242-TLN |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| BOONE B. KHOONSRIVONG, | DATE: February 8, 2018 |
| Defendant. | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Boone B. Khoonsrivong, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 8, 2018.

2. By this stipulation, defendant now moves to continue the status conference until February 15, 2018, at 9:30 a.m., and to exclude time between February 8, 2018, and February 15, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 47,000 pages of discovery, audio files and video files. Additionally, the government has produced evidence regarding its loss calculation and restitution calculation. All of this discovery has been either produced directly to counsel and/or made available for

| | |
|---|---|
| 1 | inspection and copying. |
| 2 |     b)    Counsel for defendant desires additional time to review that discovery, in |
| 3 | particular the evidence regarding restitution. Counsel for defendant also requests further time to |
| 4 | investigate potential issues concerning the defendant's immigration status, and how a guilty plea |
| 5 | may affect that status. |
| 6 |     c)    Counsel for defendant believes that failure to grant the above-requested |
| 7 | continuance would deny him/her the reasonable time necessary for effective preparation, taking |
| 8 | into account the exercise of due diligence. |
| 9 |     d)    The government does not object to the continuance. |
| 10 |     e)    Based on the above-stated findings, the ends of justice served by continuing the |
| 11 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 12 | original date prescribed by the Speedy Trial Act. |
| 13 |     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 14 | et seq., within which trial must commence, the time period of February 8, 2018 to February 15, |
| 15 | 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code |
| 16 | T4] because it results from a continuance granted by the Court at defendant's request on the basis |
| 17 | of the Court's finding that the ends of justice served by taking such action outweigh the best |
| 18 | interest of the public and the defendant in a speedy trial. |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 5, 2018                  McGREGOR W. SCOTT
United States Attorney

/s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: February 5, 2018                  /s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
BOONE B. KHOONSRIVONG

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of February, 2018.

_____
Troy L. Nunley
United States District Judge